PATRICK J. DUGAN *vs.* ANSON S. STANCHFIELD.

Suffolk.    January 15, 1897. — January 18, 1897.

Present: FIELD, C. J., ALLEN, HOLMES, KNOWLTON, & MORTON, JJ.

*Exceptions which raise no Question of Law.*

An exception to an order overruling a motion to set aside a verdict on the grounds that it was against the evidence, the weight of the evidence, and the law, and that the damages were excessive, raises no question of law, and must be overruled.

CONTRACT, to recover for work and material furnished in repairing and plumbing the defendant's houses. At the trial

in the Superior Court, before *Sheldon*, J., the jury returned a verdict for the plaintiff for $69.25. Thereupon the defendant moved to set aside the verdict on the grounds that it was against the evidence, the weight of the evidence, and the law, and that the damages were excessive. The judge overruled the motion; and the defendant excepted. No exception was taken at the trial of the case.

*E. O. Bicknell*, for the defendant.

*H. Dunham*, for the plaintiff.

BY THE COURT. It is plain that the bill of exceptions raises no question of law. *Behan* v. *Williams*, 123 Mass. 366.

*Exceptions overruled.*